

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| RICHARD and MICHELLE DRIVER, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NUMBER |
| ) | |
| GREG OLMSTEAD, Vice President, ) | 99-C-0925-NE |
| and ROCKET CITY FEDERAL ) | |
| CREDIT UNION, et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OPINION GRANTING SUMMARY JUDGMENT**

Defendants have moved for summary judgment.

From the morass of papers filed in this case, a few pivotal undisputed material facts emerge. First, on June 18, 1996, Plaintiffs' only remaining bankruptcy petition was dismissed with prejudice, and Plaintiffs were barred from filing any new bankruptcy petition for the next six months (180) days. Second, on June 24, 1996, Defendant Rocket City Federal Credit Union ("Rocket City") foreclosed on Plaintiffs' home - the real property which secured the defaulted mortgage. Third, on July 10, 1996, Rocket City served on Plaintiffs a Notice to Vacate the foreclosed property. Fourth, Plaintiffs remained in possession of the foreclosed property until April 16, 1997.

Based on these undisputed facts, Defendants are entitled to judgment as a matter of law.

By separate order, Defendants' motion for summary judgment will be granted.

DONE this \_\_\_**31st**\_\_\_ day of March, 2000.

_____
UNITED STATES DISTRICT JUDGE
U. W. CLEMON